# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-07-00642-CV

**Fred O. Placke, Jr.; John L. Placke; William M. Placke; Placke & Co., Inc.; Dorothy Placke and Sue Placke, Appellants**

**v.**

**Lee-Fayette Counties W.C.I.D. #1 a/k/a Lee-Fayette Counties Cummins Creek Water Control and Improvement District No. 1, Appellee**

### FROM THE DISTRICT COURT OF LEE COUNTY, 335TH JUDICIAL DISTRICT NO. 11,341, HONORABLE DEBORAH OAKES EVANS, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

The parties have informed this Court that they have settled their dispute and that they no longer wish to prosecute the appeal. We therefore dismiss the appeal. Tex. R. App. P. 42.1(a)(2).

_____

David Puryear, Justice

Before Justices Patterson, Puryear and Pemberton

Dismissed on Joint Motion

Filed:   January 9, 2008